UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEROME JUYSHA TAYLOR,

    Petitioner,

                                                          Case No. 1:04-cv-72

v

                                                          Hon. Wendell A. Miles

DAVID GUNDY,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

        On August 9, 2006, United States Magistrate Judge Hugh W. Brenneman, Jr. issued a Report and Recommendation ("R & R") recommending that Jerome Juysha Taylor's petition for writ of habeas corpus be dismissed for lack of exhaustion. Neither party has filed objections to the R & R. The court, having reviewed the R & R filed by the United States Magistrate Judge in this action, agrees with the recommended disposition contained in the R & R. The petition is therefore dismissed without prejudice.

        Entered this 7th day of September, 2006.

                                                              /s/ Wendell A. Miles
                                                               Wendell A. Miles
                                                               Senior U.S. District Judge